Appeal Partial Payment
CA 99-282 E

```
        UNITED STATES
        DISTRICT COURT
    WESTERN DISTRICT OF PENNSYLVANIA
            ERIE Division

        # 00500473 - AM
          August 8, 2005


   Code    Case #    Qty.     Amount

   APPEAL D 99-282 E           30.00 CH


       TOTAL→              30.00


   FROM: US TREASURY
         AUSTIN, TEXAS
         STEVEN HOFFENBERG
         99-282 E
```