CA 99-282 E

appeal part-
pay

receipt #
06-19

```
         UNITED STATES
         DISTRICT COURT
     WESTERN DISTRICT OF PENNSYLVANIA
              ERIE Division

         # 06000019 - SP
         October 11, 2005


     Code    Case #    Qty      Amount

     APPEAL D 99-282ERIE         32.16 CH
     APPEAL D 02-7ERIE  05-2354  17.55 CH
     APPEAL I 02-7ERIE  04-1680  22.45 CH


     TOTAL →               72.16


     FROM: STEVEN HOFFENBERG
```