```
         UNITED STATES
         DISTRICT COURT
      WESTERN DISTRICT OF PENNSYLVANIA
              ERIE Division

         # 06000085 - DM
         November 14, 2005

   Code    Case #    Qty     Amount

   APPEAL  02-07 E            10.00 CH
   APPEAL  99-282 E           10.00 CH

   TOTAL→              20.00

   FROM: STEVEN HOFFENBERG
```

CA 99-282
partial pay/appeal
receipt # 06-85