CA 99-282 E
appeal part pay
receipt # 06-134

```
    UNITED STATES
    DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
        ERIE DIVISION

 # 06000134 - DM
 December 12, 2005


 Job   Case #   Qty    Amount

APPEAL   1:99-282       10.00 CR


TOTAL ->              10.00
```